## Robin P. Allen, Appellant, v. 220 East Walton Place Building Corporation et al., Appellees.

### Gen. No. 40,854.

 Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Gottlieb & Schwartz, Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellees; Claude A. Roth and Harry E. Smoot, of counsel. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''